MASON *v.* SEARLES.   Iowa.   June 21, 1881.   *Usury - Money borrowed to pay Usurious Loan.*   Op. by ADAMS, C. J.   Where one borrows money at a legal rate to pay an usurious debt, the plea of usury cannot be interposed against the new creditor because the latter knew that the debt paid off was usurious.

# BOOK NOTICES.

CRIMINAL LAW, PLEADING AND PRACTICE IN THE COURTS OF THE STATE OF CALIFORNIA: The Penal Code of California, containing all the amendments to the close of the twenty-fourth session of the Legislature (March 4, 1881), with the sections of the Code of Civil Procedure relating to juries, contempts and evidence; also an appendix referring to statutes containing penal clauses.  Annotated by CLINTON L. WHITE and WILBUR F. GEORGE, of the San Francisco Bar. San Francisco: A. L. BANCROFT & Co., Law Book Publishers, Booksellers and Stationers, 1881.

The above is the comprehensive title of a volume of 725 pages, printed and bound in first-class law style, which we have just received from the publishers, and for which we return thanks.  We have only had time to glance hastily through the volume; but this is quite sufficient to enable us to say that both the writers and the publishers have done their work thoroughly and well.   In classification, arrangement, sub-divisions, catchwords, citations, annotations and index, as well as in typography, paper, presswork and binding, it is a model book.  It will prove of great value to the legal profession generally, as many important features of criminal pleading and practice are treated in such manner as to be of universal application; while to the bar of California, and other States whose Criminal Codes have been fashioned after the same model, this book will at once be ercognized as absolutely essential.